UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
EDITH C. MAZZONE, individually,

Plaintiff,

-against-                                                        Case No. 16-cv-04786

KESTANE KEBAB, CORP. d/b/a
KESTANE KEBAB, a New York for profit
Corporation and 110B NASSAU AVENUE, LLC,
A New York for profit corporation,

Defendants.
-------------------------------------------------------------X

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, by and among the undersigned counsel, that whereas no party hereto is an infant or incompetent person for whom committee has been appointed or conservatee and no person not a party has an interest in this subject matter of the action, that the above entitled action be dismissed *with prejudice*, without costs and attorney's fees to either party as against the other and that each party waives all rights of appeal with respect to such dismissal.

So Ordered: _____
Kiyo A. Matsumoto
U.S. District Judge
6/8/2017

Respectfully submitted on April 5, 2017.

By: _____
Tara Demetriades, Esq.
Counsel for Plaintiff
New York Bar. No. 4158666
ADA Accessibility Associates
1076 Wolver Hollow Road
Oyster Bay, NY 11771
E: tdemetriades@Aol.com
T: (516) 595-5009

By: _____
Law Offices of Ilana R. Schwitzer. Esq.
1435 Coney Island Avenue
Brooklyn, New York 11230
(718) 258-9511
Fax No.201-797-9351

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of Stipulaton for Dismissal has been served via the Court's CM/ECF filing system upon all parties of record on April 5, 2017.